STATE ex rel. L. M. HOOPER v. THOMAS T. RILEY.[1]

January 7, 1910.

Nos. 16,491—(235).

Relator petitioned the district court for Itasca county for a writ of habeas corpus directed to Thomas T. Riley, as sheriff of that county. The writ was issued, and return to it having been made, respondent's motion that the writ be quashed and the relator be remanded to the custody of the sheriff was granted, Stanton, J. From the order granting the motion, relator appealed. ·Affirmed.

*Thwing & Rossman,* for appellant.

*Frank F. Price,* County Attorney, for respondent.

PER CURIAM.

The facts in this case are identical with those involved in State v. Riley, supra, page 434, 124 N. W. 11, and the same conclusion is reached.

Order affirmed.

---

STATE ex rel. WILLIAM J. SCHULTZ v. THOMAS T. RILEY.[2]

January 7, 1910.

Nos. 16,492—(236).

Relator petitioned the district court for Itasca county for a writ of habeas corpus directed to Thomas T. Riley, as sheriff of that county. The writ was issued, and return to it having been made, respondent's motion that the writ be quashed and the relator be remanded to the custody of the sheriff was granted, Stanton, J. From the order granting the motion, relator appealed. Affirmed.

*Thwing & Rossman,* for appellant.

*Frank F. Price,* County Attorney, for respondent.

PER CURIAM.

The facts in this case are identical with those involved in State v. Riley, supra, page 434, 124 N. W. 11, and the same conclusion is reached.

Order affirmed.

[1] Reported in 124 N. W. 13.
[2] Reported in 124 N. W. 13.